FILED

09/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0173

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0173

_____

GRANITE COUNTY, MONTANA, a
political subdivision of the State
of Montana,

      Plaintiff, Counter-Defendant,
      and Appellee,

  v.

O R D E R

RISING SUN ESTATES, LLC, JACK
McLEOD and JOHN DOES 1-5,

      Defendant, Counter-Plaintiff,
      and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ray Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 20 2023